


**NATIONAL RECONNAISSANCE OFFICE**
14675 Lee Road
Chantilly, VA 20151-1715

*Office of Inspector General*

13 January 2005

F. Whitten Peters, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

Re: Navy Captain Shaun Jones

Dear Mr. Peters:

Your letter to me of January 6, 2005 seeks certain information pertaining to your client Captain Shaun Jones. As I tried to explain in the phone conversation you and I had prior to your sending the letter, the Office of Inspector General (OIG) does not reveal whether a person is a subject of an investigation by the office, and does not share information about the status of an ongoing investigation if there is one. Therefore, even if I had any information regarding Captain Jones, I would not be able to share it with you.

What I told you in our phone conversation was that, if Captain Jones believes a new assignment has been delayed for some reason, he should inquire about the status of that assignment and any factors affecting it through his chain of command. If, as your letter suggests, he has already done so and has not received all of the information he desires in that regard, I cannot supplement it.

As regards our considering your letter to me to be a request under the Privacy Act or Freedom of Information Act (FOIA/PA), my response would be the same as my first paragraph of this letter. However, before giving you that response, in a more official manner, if you did want your letter to be considered a FOIA/PA request, I would have to provide it to the National Reconnaissance Office's Information Access and Release Center (IARC), which has decisional authority for this agency for releases under those statutes. They, in turn, would determine whether it constitutes a valid FOIA/PA request, and if so, present it to the OIG to determine if there is any responsive information within the scope of the request. If so, the OIG would offer our opinion to the IARC on whether any FOIA

ATTACHMENT A

F. Whitten Peters, Esq.

or PA exemptions preclude release of any responsive information, and IARC would then make a final determination of whether the NRO has any responsive information within the scope of your request that could be released. I thought it more efficient to tell you what the end result would be if we both played out our respective roles in pursuing that process.

    I trust this letter clarifies any confusion resulting from our phone conversation. The bottom line is that I have no information to share regarding Captain Jones.

                                Sincerely,

                                Eric R. Feldman
                                Inspector General

cc:
Page Moffett, Esq.
General Counsel, NRO

2

**Williams, Marten**

| | |
|---|---|
| From: | Peters, Whit [WPeters@wc.com] |
| Sent: | Monday, June 06, 2005 11:17 AM |
| To: | mtwiliam@NCIS.NAVY.MIL |
| Subject: | Re: Capt Shaun Jones |

Unfortinately Captain Jones is still away from DC, so we have not been able to obtain the draw schedule.

Can you finish without this or get it elsewhere, possibly from the bank?

Whit peters

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Williams, Marten <mtwiliam@NCIS.NAVY.MIL>
To: Peters, Whit <WPeters@wc.com>
Sent: Mon Jun 06 08:01:27 2005
Subject: RE: Capt Shaun Jones

Mr. Peters,
I received the fax of Dr. Jones's 1040.  Thank you.  As I understood our meeting you were also going to get me a construction draw schedule on the mortgage Dr. Jones received in 2002/2003.  Is that still in process?

Sorry for the delay, I can assure you I am working as diligently as possible.

Marten Williams
Special Agent
Naval Criminal Investigative Service
Washington Field Office
Washington Navy Yard
Washington, DC
(202) 433-4014


-----Original Message-----
From: Peters, Whit [mailto:WPeters@wc.com]
Sent: Friday, June 03, 2005 8:06 AM
To: Williams, Marten
Subject: RE: Capt Shaun Jones


On its way to you this morning.

Have you finished your investigation? We have been discussing matters with Navy OJAG and would like to engage there in earnest as soon as your report is complete.

Whit Peters

F. Whitten Peters
Williams & Connolly LLP
725 - 12th Street, NW
Washington, DC  20005
202-434-5440
202-434-5029 (fax)
wpeters@wc.com

1

ATTACHMENT B

```
-----Original Message-----
From: Williams, Marten [mailto:mtwiliam@NCIS.NAVY.MIL]
Sent: Thursday, June 02, 2005 10:10 AM
To: Peters, Whit
Subject: RE: Capt Shaun Jones
```

Mr. Peters,
Sorry for the late response. If you send it by fax to 202-433-6045 that would be fine.

Thank you,
Marten Williams.

```
-----Original Message-----
From: Peters, Whit [mailto:WPeters@wc.com]
Sent: Tuesday, May 31, 2005 11:05 AM
To: mtwiliam@ncis.navy.mil
Subject: Capt Shaun Jones
Importance: High
```

Agent Williams,

I have the information you requested concerning Capt Jones 2004 tax returns. I can email or fax to you, or you could pick it up. What is the easiest for you?

Whit Peters

F. Whitten Peters
Williams & Connolly LLP
725 - 12th Street, NW
Washington, DC  20005
202-434-5440
202-434-5029 (fax)
wpeters@wc.com

------------------------------------------------------------

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

============================================================

------------------------------------------------------------

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this

2

message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

================================================================

----------------------------------------------------------------

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

================================================================

3

**Williams, Marten**

| | |
|---|---|
| From: | Peters, Whit [WPeters@wc.com] |
| Sent: | Tuesday, May 31, 2005 11:05 AM |
| To: | mtwiliam@ncis.navy.mil |
| Subject: | Capt Shaun Jones |
| Importance: | High |

Agent Williams,

I have the information you requested concerning Capt Jones 2004 tax returns. I can email or fax to you, or you could pick it up. What is the easiest for you?

Whit Peters

F. Whitten Peters
Williams & Connolly LLP
725 - 12th Street, NW
Washington, DC  20005
202-434-5440
202-434-5029 (fax)
wpeters@wc.com

---

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

1

**Williams, Marten**

| | |
|---|---|
| **From:** | Peters, Whit [WPeters@wc.com] |
| **Sent:** | Friday, June 03, 2005 8:06 AM |
| **To:** | Williams, Marten |
| **Subject:** | RE: Capt Shaun Jones |

On its way to you this morning.

Have you finished your investigation? We have been discussing matters with Navy OJAG and would like to engage there in earnest as soon as your report is complete.

Whit Peters

F. Whitten Peters
Williams & Connolly LLP
725 - 12th Street, NW
Washington, DC  20005
202-434-5440
202-434-5029 (fax)
wpeters@wc.com


-----Original Message-----
From: Williams, Marten [mailto:mtwiliam@NCIS.NAVY.MIL]
Sent: Thursday, June 02, 2005 10:10 AM
To: Peters, Whit
Subject: RE: Capt Shaun Jones


Mr. Peters,
Sorry for the late response.  If you send it by fax to 202-433-6045 that would be fine.

Thank you,
Marten Williams.

-----Original Message-----
From: Peters, Whit [mailto:WPeters@wc.com]
Sent: Tuesday, May 31, 2005 11:05 AM
To: mtwiliam@ncis.navy.mil
Subject: Capt Shaun Jones
Importance: High


Agent Williams,

I have the information you requested concerning Capt Jones 2004 tax returns.  I can email or fax to you, or you could pick it up.  What is the easiest for you?

Whit Peters

F. Whitten Peters
Williams & Connolly LLP
725 - 12th Street, NW
Washington, DC  20005
202-434-5440
202-434-5029 (fax)
wpeters@wc.com

---

1

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

===============================================================

---------------------------------------------------------------

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

===============================================================