# Kisor, Colin A LT JAGC, USNR

**From:**    Shanahan, Daniel [DShanahan@wc.com]
**Sent:**    Thursday, August 11, 2005 2:21 PM
**To:**    Kisor, Colin A LT JAGC, USNR
**Cc:**    Taishoff, Robert P. CDR N31851: TSO NE; Bowman, F. Greg; Peters,
**Subject:** FW: Financial Records from CAPT JONES

This time with the attachment.

Dan
-----Original Message-----
**From:** Shanahan, Daniel
**Sent:** Thursday, August 11, 2005 2:18 PM
**To:** 'Kisor, Colin A LT JAGC, USNR'
**Cc:** Taishoff, Robert P. CDR N31851: TSO NE; Bowman, F. Greg; Peters, Whit
**Subject:** RE: Financial Records from CAPT JONES

Colin,

    As we discussed yesterday, we are working to get the documents for you.  I am attaching the NFCU bank
statements from Oct. 2000 to Mar. 2001.  As to the Citibank credit card, the account balance was transferred to a
card with a new number and the old card was closed, so there are no more transactions for that card.  The
balance that was transferred is shown on WC-02-0052.  The $35,000 increase in the balance reflects a transfer
from his Citibank credit card to his bank account.  The deposit of $35,000 into his bank account 2 days later
is shown at WC-02-0406.  We have requested the 2000 and 2005 monthly AMEX reports as well as a
replacement copy for the Dec. 2003 AMEX report.  According to AMEX they will be here in 5-7 business
days.  We will get them to you as soon as we get them.  As we discussed, items 7-11 are old entries on his credit
report that have not had any activity for the last 5 years.  We are still investigating whether we can get the 1099s
you have requested that go with the 2000 Schedule C.  This should answer your concerns.  If you have any
questions feel free to call me.

Dan


-----Original Message-----
**From:** Kisor, Colin A LT JAGC, USNR [mailto:colin.kisor@navy.mil]
**Sent:** Wednesday, August 03, 2005 2:27 PM
**To:** Shanahan, Daniel
**Cc:** Taishoff, Robert P. CDR N31851: TSO NE
**Subject:** Financial Records from CAPT JONES

    Dan:

    We appreciate you and your client's willingness to cooperate, and we'd also like to close this out as
    expiditiously as possible. Some gaps remain that need to be filled in in order for us to be able to finally put
    this to bed though. The specific items outstanding are:

    1) The NFCU Bank account statements from October 22, 2000 to March 23, 2001.  Also the statements do
    not reveal the payee of the checks and the payor of deposits made by check (or EFT).  For convenience,
    we'd only need to see the documentation for transactions over $1000.

    2) CitiBank Credit Card account number starting with 42713823 statements after October 10, 2001, (this is

ATTACHMENT A

very important because after the last statement Jones provided (Bates WC-02-0079) somehow this account increased by approximately $35,000 and then the balance was transferred to the Citibank account starting with 54241804)

3)  2000 American Express Platinum credit card statements, account starting with 3713 (only provided 2001 through 2004, see WC-02-0104 - 0283)

4)  2005 American Express Platinum credit card statements, account starting with 3713

5)  IRS Form 1099's for 2000 Form 1040, Schedule C

6)  Page 3 of the December 2003 American Express credit card statement, see WC-02-0153 (possibly page 4, etc. if they include charge transactions)

7)  Credit Card accounts identified by CreditAware Quarterly Reports, see WC-02-0284 -0303 (we assume these documents were produced to satisfy the request for a listing of bank accounts and credit cards, items 7 & 8 on original request):

8)  No Island Fin Credit, no further information

9)  WFNNB Structure/Exp ME 3514826, no further information

10) WFNNB VCTRIA 86418633, no further information (looks like a credit card)

11) Amex 0325783, no further information

Also, it would be helpful if, after this information is provided, that we could set up an appointment with you and your client to clear up any questions that remain before we close this case out. Thank you for your help.

*Colin A. Kisor*
*LT, JAGC, USNR*
*Trial Counsel*
*Trial Service Office Northeast*
*(202)685-7046*
*colin.kisor@navy.mil*

-----Original Message-----
**From:** Shanahan, Daniel [mailto:DShanahan@wc.com]
**Sent:** Monday, August 01, 2005 16:38
**To:** Kisor, Colin A LT JAGC, USNR
**Cc:** Peters, Whit; Bowman, F. Greg; Wilson, David G LCDR TRISVCOFF NE
**Subject:** RE: Financial Records from CAPT JONES

Colin,

I have reviewed NCIS's latest document request.  As discussed before with Dave Wilson and memorialized below, we have provided everything that NCIS has asked for, including the attached USAA credit card statements requested on Friday.  The USAA credit card referenced in the NCIS e-mail is in CAPT Jones name, but is used by his mother as you will see by the address on the statements.  I am attaching to this e-mail the monthly statements going back to 2000 for that account.  We have now provided over 700 pages of financial documents to you including:

1) bank account records from his only bank account at NFCU (both his checking and savings account information) including: all ATM deposits and withdrawals; all wire transfers; the date,

amount, and payee of all checks; and the date, amount and payor of all deposits.

2) credit card monthly statements for the only cards he uses -- Citibank and Amex including: the name, amount and date of all charges; the date and amount of all payments (if you want to know the check information, you can cross-reference to the NFCU checking account for check data).

3) his tax records for the last five years including all schedules and attachments

4) loan information related to the 2nd mortgage on his house

5) credit card records from his USAA card used by his mother

6) all of the flight itinerary information is detailed in the Amex credit card monthly statements that list the date, cost, and destination of any flight

In short, we have held up our end of the deal and turned over every financial record requested. I understand that NCIS does not want to let this go. But the waivers are seeking records that have already been provided to you. At this point we see no reason to sign the waivers because you already have all of the information and that will give NCIS a reason to hold this up for another 6 months while they try to work through the Financial Privacy Act. The reason we agreed to give you everything is to avoid that and get this thing moving. We have held up our end of the deal.

Dan

-----Original Message-----
**From:** Kisor, Colin A LT JAGC, USNR [mailto:colin.kisor@navy.mil]
**Sent:** Thursday, July 28, 2005 3:06 PM
**To:** Shanahan, Daniel; Wilson, David G LCDR TRISVCOFF NE
**Cc:** Peters, Whit
**Subject:** RE: Financial Records from CAPT JONES

Dan -- Can you call me at 202-685-7046? I have a couple of questions.


*Colin A. Kisor*
*LT, JAGC, USNR*
*Trial Counsel*
*Trial Service Office Northeast*
*(202)685-7046*
*colin.kisor@navy.mil*

-----Original Message-----
**From:** Shanahan, Daniel [mailto:DShanahan@wc.com]
**Sent:** Wednesday, July 20, 2005 8:32
**To:** Wilson, David G LCDR TRISVCOFF NE
**Cc:** Kisor, Colin A LT JAGC, USNR; Peters, Whit
**Subject:** RE: Financial Records from CAPT JONES

Dave,

As we discussed on the phone today. We agree to give you the financial records that you have requested and I will be available to answer any questions that anyone

may have about those records subject only to giving me the question and then some time to contact the client for a waiver of the privilege. In exchange, you agree to push ahead as fast as humanly possible to resolve this matter including applying whatever pressure may be necessary to ensure that NCIS views resolution with the same level of urgency that we all do. I will Fedex the records to you today. Please provide me with your Fedex address. I look forward to hearing from Colin shortly on any questions that you may have about the records. Thanks.

Dan

-----Original Message-----
**From:** Wilson, David G LCDR TRISVCOFF NE [mailto:david.g.wilson@navy.mil]
**Sent:** Wednesday, July 20, 2005 7:28 AM
**To:** Shanahan, Daniel
**Cc:** Kisor, Colin A LT JAGC, USNR
**Subject:** FW: Financial Records from CAPT JONES
**Importance:** High

Dan,
I know you want to tie turning over the records to a specific investigation and command action completion date, but as you probably concluded by now, that's not possible for a number of practical reasons. All parties concerned, including your client I'm sure, would like this matter closed as quickly as possible. By turning over the documents now, vice requiring the Government to wait for a DoD IG Subpoena would go a long way in accomplishing the stated objective. Your client has nothing to gain by delay turning over the records. In fact, it his stated desire to retire as soon as possible.

NCIS has already requested the subpoena, thus it is only a matter of time before we get them. At the speed things are going, your client will remain in limbo for a longer period of time than is necessary.

Although I cannot give you a definitive resolution date, I can assure you that the command would like the matter resolved quickly, and I mean quickly. There is absolutely no desire to keep this case open longer than necessary.

I start the Peterson murder trial on Monday (25 July). I will be out of commission for a while, because it is expected to last a month; therefore the best time to get a hold of me is today or tomorrow to iron things out. I will appoint another trial counsel to monitor the investigation while I am in trial.

Looking forward to hearing from you, Dave

-----Original Message-----
From: Shanahan, Daniel [mailto:DShanahan@wc.com]
Sent: Wednesday, June 29, 2005 8:56
To: Wilson, David G LCDR TRISVCOFF NE
Subject: RE: Financial Records from CAPT JONES


Got it. Thanks for the help. We will start working on it.

V/r
Dan
-----Original Message-----

From: Wilson, David G LCDR TRISVCOFF NE

Sent: Wednesday, June 29, 2005 8:44 AM
To: Shanahan, Daniel
Subject: Financial Records from CAPT JONES

Dan,
Congratulations on the new job. We will missed your services as an Article 32
Officer. You investigations were always thorough and impartial.

Regarding the CAPT Jones investigation, below are the financial records we
discussed yesterday. The investigators are in the process of seeking a
subpoena for the records, but as we discussed over the phone, cooperation by
CAPT Jones would significantly speed up the process. NCIS would like CAPT
Jones to turn over copies of the below items and/or sign a waiver allowing NCIS
to get the information directly from respective financial institutions.

Additionally, NCIS would like to have the opportunity to interview CAPT Jones
at the earliest convenience. If this is a possibility, please let me know and I will
coordinate the interview with the NCIS agent.

1.    2000 and 2001 1040 including Schedule A and Schedule C. ok Will
provide records
2.    2002, 2003 & 2004 1040, Schedule A. * Will provide records
3.    2004 1040, Schedule C page 2. * Will provide records
4.    Source documents for Job Expenses and Most Other Miscellaneous
Expenses claimed on Schedule A, 2000 through present.ok

5.    Source documents for expenses claimed on Schedule C line 24a and Part
V, 2000 to present. ok
6.    Draw schedule for mortgage used to renovate house. * contactor went
directly to the conractor. NCIS has the loan agreement.

7.    List of bank accounts held or controlled since 2000. Will provide records
8.    List of credit card accounts, excluding merchants (ie Hecht's, Macy's),
since 2000. Will provide records
9.    List of frequent flier accounts. Working issue; will get itineraries
10.    Waivers for bank and credit card accounts.
11.    Waivers for frequent flier accounts.

*  Information previously requested from defense counsel.
Again, thanks for the cooperation. All the best, Dave

David G. Wilson
LCDR, JAGC, USN
Senior Trial Counsel
Trial Service Office Northeast
1014 N. Street SE, Suite 260
Washington Navy Yard
Washington, D.C. 20374-5016
(202)685-5584 (phone)
(202)685-7714 (fax)
david.g.wilson@navy.mil

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

==================================================================