IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPTAIN SHAUN B. JONES,<br><br>Moveant,<br><br>v.<br><br>NAVAL CRIMINAL INVESTIGATIVE SERVICE,<br><br>Defendants. | Case Number: 1:05MS00327<br><br>Judge: Rosemary M. Collyer<br><br>Deck Type: Miscellaneous<br><br><br>BILL OF COSTS AND FEES |

Pursuant to Federal Rule of Civil Procedure 54, D.C. District Court Local Rule 54.1 and 54.2, 12 U.S.C. § 3418, and this Court's August 18, 2005 order quashing the NCIS subpoenas and indicating that Captain Jones' should submit a request for costs and reasonable attorney's fees, Captain Jones, through undersigned counsel, submits this bill of costs and fees. Costs, which consist entirely of the filing fee of $39.00, are documented on the Bill of Costs attached as Exhibit A. Attorney's fees of $6,855.00 are itemized in the affidavit of Daniel Shanahan attached as Exhibit B. Captain Jones respectfully requests that the Court sign the attached proposed order taxing costs and fees in the amount of $6,894.00. In accordance with Local Rule 54.2, counsel for Captain Jones conferred with LT Brett Johnson, Navy General Litigation, and John Truong, Department of Justice on August 25th, 2005. On August 29, 2005, Mr. Truong stipulated that the government agrees to pay costs and attorneys fees in the amount of $6,894.00.

Respectfully submitted,

*/s/ Daniel P. Shanahan*
F. Whitten Peters (DC Bar No. 255083)
F. Greg Bowman (DC Bar No. 486097)
Daniel P. Shanahan (DC Bar No. 490516)

1

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (facsimile)

August 31, 2005

Attorneys for Shaun B. Jones

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Captain Shaun B. Jones

**BILL OF COSTS**

Case Number: 1:05MS00327

V.

Naval Criminal Investigative Service

Judgment having been entered in the above entitled action on __Aug. 18, 2005__ against __Naval Criminal Investigative Service__, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 39.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$ 39.00** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Naval Criminal Investigative Service__.

Signature of Attorney: _[signed]_

Name of Attorney: __Daniel P. Shanahan__

For: _____
Name of Claiming Party

Date: _____

Costs are taxed in the amount of _____ and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk    By: _____    _____
                                       Deputy Clerk                    Date

EXHIBIT

A

## WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs.

**EXHIBIT**

A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPTAIN SHAUN B. JONES,** | Case Number: 1:05MS00327 |
| **Moveant,** | Judge: Rosemary M. Collyer |
| v. | Deck Type: Miscellaneous |
| **NAVAL CRIMINAL INVESTIGATIVE SERVICE,** | |
| **Defendants.** | **BILL OF COSTS AND FEES** |

**Affidavit of Daniel P. Shanahan**

I, Daniel P. Shanahan, am an attorney in the law firm of Williams & Connolly, LLP. I, along with F. Whitten Peters and F. Greg Bowman, also attorneys with Williams & Connolly, LLP, represent Captain Shaun B. Jones in this matter.

The notices and subpoenas that were quashed by this Court on Thursday, August 18, 2005, were served on counsel at approximately 5:00 P.M., on Tuesday, August 16th, 2005. Between that time and the conclusion of this court's hearing at approximately 12:00 pm on Thursday, August 18, 2005, I worked 14 hours on researching, drafting, and filing Captain Jones' motion to quash; scheduling oral argument; preparing for oral argument; and arguing the motion. As a result of an agreement reached with the government, we will use the rates contained in the *Laffey* matrix promulgated by the U.S. Attorney's office. The applicable rate for myself and Mr. Bowman is $235 an hour, the rate for Mr. Peters is $405. The fees for my time (14 x 235) are $3,290.00. Greg Bowman worked 10 hours researching and drafting the motion; preparing the affidavit; and drafting the proposed order. Mr. Bowman's fees (10 x 235) are $2,350.00. Whit Peters worked a total of three hours reviewing the motion and other papers; preparing for oral argument; and attending oral argument. Mr. Peters fees (3 x 405) are $1,215.

EXHIBIT
B

Accordingly, the total fees for the time required to assist Captain Jones in asserting his rights under the Right to Financial Privacy Act were $6,855.00.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is, to the best of my knowledge, true and correct. Executed this 31th day of August, 2005, at Washington, D.C.

Daniel P. Shanahan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPTAIN SHAUN B. JONES,**<br><br>**Moveant,**<br><br>v.<br><br>**NAVAL CRIMINAL INVESTIGATIVE SERVICE,**<br><br>**Defendant.** | Case Number: 1:05MS00327<br><br>Judge: Rosemary M. Collyer<br><br>Deck Type: Miscellaneous<br><br><br><br>**BILL OF COSTS AND FEES** |

## ORDER

Upon consideration of Captain Jones' Bill of Costs, it is hereby

**ORDERED** that costs and attorneys' fees in the amount of $6,894.00 are **GRANTED.**


_____
Honorable Rosemary M. Collyer
United States District Judge


Dated: _____

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2005 I caused this Bill of Costs and associated documents to be served upon each of the following:

<u>By electronic mail</u>:
Lieutenant Brett Johnson
Navy General Litigation
Brett.w.johnson@navy.mil

<u>By registered mail</u>:
Special Agent Martin Williams
Naval Criminal
1014 N. Street, SE
Suite 102
Washington, DC  20374

<u>By electronic mail</u>:
Mr. John Truong
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530
John.truong@usdoj.gov

Daniel P. Shanahan